UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ⟋⟋ D.C.

05 NOV -1 AM 11: 31

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **TONY GARDNER** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **SHERIFF MARK LUTTRELL, et al.** | **CASE NO: 05-2502-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on October 26, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

October 31, 2005
Date

THOMAS M. GOULD
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02502 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Tony Gardner
SHELBY COUNTY CORRECTIONAL COMPLEX
260777
1045 Mullins Station Road
Memphis, TN 38134

Honorable Bernice Donald
US DISTRICT COURT